Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0416

Jackson County, a governmental entity, by and though the Jackson County Commission, its governing body; and Victor Manning, Jackson County Probate Judge v. Rachel Laurie Riddle, Chief Examiner, Alabama Department of Examiners of Public Accounts (Appeal from Montgomery Circuit Court: CV-22-48).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, and Mitchell, JJ., concur.